United States District Court
Southern District of Texas
**ENTERED**
June 12, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| DAIRYLAND PRODUCE LLC, | § § § | CIVIL ACTION NO 4:24-cv-01605 |
| Plaintiff, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| ANTHONY SMITH and FLORIDA VEG INVESTMENTS LLC, | § § § § | |
| Defendant. | § | |

## ORDER

The joint motion for postponement of preliminary injunction hearing is GRANTED. Dkt 18.

The hearing set for June 13, 2024, is CANCELED. It will be reset upon notice from any party.

It is ORDERED that, as agreed to by the parties as stated in the motion, the terms of the present Temporary Restraining Order shall remain in place until further order from the Court or the conclusion of any reset preliminary injunction hearing, whichever is sooner. See Dkt 7.

SO ORDERED.

Signed on June 12, 2024, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge